■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAFAEL MEDINA, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Kreindler, J.),

rendered March 20, 1986, convicting him of manslaughter in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

A defendant is entitled to a charge on a lesser included offense if a reasonable view of the evidence would support a finding that the defendant committed the lesser offense and not the greater *(People v Green,* 56 NY2d 427; *People v Ivisic,* 95 AD2d 307). The trial court correctly found that the conflicting versions of the facts adduced at trial supported either a finding of an accidental stabbing or of an intentional stabbing resulting in the death of the victim, but that no evidence of recklessness existed which would support a charge of manslaughter in the second degree as a lesser included offense to murder in the second degree.

The sentence imposed was not excessive and should remain undisturbed. Mangano, J. P., Brown, Lawrence and Sullivan, JJ., concur.